UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREEN TREE SERVICING, LLC,

        Plaintiff,              CASE NO: 15-13214
                                     HON. VICTORIA A. ROBERTS
v.

UNITED STATES OF AMERICA,
STATE OF MICHIGAN,
MICHAEL D. WOLF and
RHONDA WOLF

        Defendants.
_____/

**ORDER GRANTING SUMMARY JUDGMENT
IN FAVOR OF THE STATE OF MICHIGAN**

     In an earlier decision, the Court granted summary judgment to the United States of America, holding that its tax liens were superior to Green Tree's mortgage in certain real property, and that the doctrine of equitable subrogation could not bar the federal tax lien claims because the United States acquired an interest in the property when there was no mortgage on record in the proper county. *See*, ECF No. 24. In that Order, the Court held that Green Tree's cause of action against the State of Michigan might be barred for the same reasons. The Court ordered Green Tree to show cause why its claim against the State of Michigan should not be barred. Green Tree filed a brief and the State of Michigan responded.

1

Green Tree's arguments are unavailing. For the same reasons set forth in its prior Order, the Court **GRANTS** summary judgment to the State of Michigan.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: June 7, 2016

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 7, 2016.

S/Carol A. Pinegar
Deputy Clerk